EMERGENCY NOTICE OF MANDATORY REMAND FOR LACK OF SUBJECT MATTER JURISDICTION
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
USDC, CLERK GREENVILLE, SC
2026 MAR 11 AM 11:29

Don Michael Burdette, Pro Se 🔨
Plaintiff,
v.
Progressive Direct Insurance Company,
Defendant.
Civil Action No. 6:26-cv-00806
(Originally Case No. 2025-CP-23-08278)

TO: THE HONORABLE PRESIDING JUDGE
NOTICE OF EMERGENCY JURISDICTIONAL DEFECT

NOW COMES the Plaintiff, Don Michael Burdette, Pro Se 🔨, and files this Emergency Notice to formally alert this Court that it currently lacks Subject Matter Jurisdiction over this action. This case must be remanded immediately to the Greenville County Court of Common Pleas.

1. THE JURISDICTIONAL BAR (28 U.S.C. § 1332)

Federal Diversity Jurisdiction requires an amount in controversy that exceeds $75,000. On February 26, 2026, at 4:45 PM, Plaintiff filed an Amended Notice of Demand with this Court, limiting the total amount in controversy to $74,999.00.

2. THE MANDATORY REMAND RULE (28 U.S.C. § 1447(c))

Under Federal Law, the Court has no discretion in this matter. 28 U.S.C. § 1447(c) states:

"If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." The use of the word "shall" by Congress creates a mandatory duty. Because the demand is $74,999, the $75,000 threshold is not met, and this Court is statutorily barred from proceeding.

3. EMERGENCY REQUEST TO STAY PROCEEDINGS

Plaintiff has been notified of upcoming federal deadlines and events. Plaintiff objects to any further federal proceedings, as any orders issued by a court lacking jurisdiction are void. The Judge is urged to review the February 26, 2026 filing and enter an Emergency Order of Remand today.

WHEREFORE, Plaintiff moves for an immediate stay of all federal scheduling and the immediate return of this file to the State Court.

Respectfully submitted,

By: Don Michael Burdette Pro Se

Don Michael Burdette, Pro Se
717 Lowndes Hill Road
Greenville, South Carolina 29607
(864) 712-2439
Date: March 11, 2026