RECEIVED
USDC. CLERK GREENVILLE
2026 MAR 11 AM 11:29

EMERGENCY NOTICE OF MANDATORY REMAND FOR LACK OF SUBJECT MATTER JURISDICTION
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Don Michael Burdette, Pro Se 🔨
Plaintiff,
v.
Progressive Direct Insurance Company,
Defendant.
Civil Action No. 6:26-cv-00806
(Originally Case No. 2025-CP-23-08278)
TO: THE HONORABLE PRESIDING JUDGE
NOTICE OF EMERGENCY JURISDICTIONAL DEFECT
NOW COMES the Plaintiff, Don Michael Burdette, Pro Se 🔨, and files this Emergency Notice to formally alert this Court that it lacks Subject Matter Jurisdiction over this action. This case must be remanded immediately to the Greenville County Court of Common Pleas.

1. THE JURISDICTIONAL BAR (28 U.S.C. § 1332)
Federal Diversity Jurisdiction requires an amount in controversy that exceeds $75,000. On February 26, 2026, Plaintiff filed an Amended Notice of Demand with this Court, specifically limiting the total amount in controversy to $74,999.00.

2. THE MANDATORY REMAND RULE (28 U.S.C. § 1447(c))
Under Federal Law, the Court has no discretion. 28 U.S.C. § 1447(c) states:
"If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." The use of the word "shall" creates a mandatory duty. Because the demand is $74,999, the $75,000 threshold is not met, and this Court is statutorily barred from proceeding.

3. EMERGENCY REQUEST TO STAY PROCEEDINGS
Plaintiff objects to any further federal proceedings or scheduling, as any orders issued by a court lacking jurisdiction are void. The Judge is urged to review the February 26, 2026 filing and enter an Emergency Order of Remand today.

4. CLARIFICATION OF PRIOR FILINGS AND FORMAL MOTION FOR REMAND
To the extent there was any ambiguity in Plaintiff's filing on February 26, 2026, let this Notice serve as a FORMAL AND UNAMBIGUOUS MOTION FOR REMAND. Plaintiff hereby clarifies that the purpose of the $74,999 Amended Notice of Demand was to divest this Court of jurisdiction. Plaintiff formally requests that this Court immediately cease all federal scheduling and return this action to the Greenville County Court of Common Pleas.
WHEREFORE, Plaintiff moves for an immediate stay of all federal scheduling and the immediate return of this file to the State Court.

Respectfully submitted,
By: ______________________ Pro se

Don Michael Burdette, Pro Se
717 Lowndes Hill Road
Greenville, South Carolina 29607
(864) 712-2439
Date: March 11, 2026