RECEIVED
USDC, CLERK GREENVILLE
2026 MAR 17 PM 4:59

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DON MICHAEL BURDETTE, Plaintiff, v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
Case No.: 6:26-cv-00806-JDA-MGB (Original State Case: 2025-CP-23-08278)
PLAINTIFF'S MOTION TO REMAND TO STATE COURT

NOW COMES THE PLAINTIFF, Don Michael Burdette, proceeding pro se, and respectfully moves this Court to remand this action to the Greenville County Court of Common Pleas. In support of this Motion, Plaintiff shows the Court the following:

Improper Removal: This case was removed from state court by Defendant Progressive Direct Insurance Company on the basis of diversity jurisdiction.

Amount in Controversy: Plaintiff hereby stipulates and clarifies for the record that the total amount of damages sought in this action—including all claims for the total loss of the 1996 American Tradition RV and any associated costs—is strictly limited to $74,999.00.

Lack of Federal Jurisdiction: Under 28 U.S.C. § 1332(a), federal jurisdiction requires the amount in controversy to exceed $75,000.00. Because Plaintiff's claim is exactly $74,999.00, this Court lacks subject matter jurisdiction over this dispute.

Mandatory Remand: Pursuant to 28 U.S.C. § 1447(c), "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order remanding this case to the Court of Common Pleas for Greenville County, South Carolina, for further adjudication on the merits.

Respectfully submitted,

Don Michael Burdette ✎ crochet 717 Lowndes Hill Road
Greenville, SC 29607
(864) 712-2439
Date: February 28, 2026