RECEIVED
USDC, CLERK GREENVILLE
2026 MAR 18 PM 4:26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (CHARLESTON DIVISION)
DON MICHAEL BURDETTE, Plaintiff, Pro Se
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
FEDERAL CASE NO.: 6:26-cv-00806-JDA-MGB
STATE CASE NO.: 2025-CP-23-08278 (Greenville County)

PLAINTIFF'S EMERGENCY MOTION TO DISMISS FOR FRAUD UPON THE COURT AND VIOLATION OF 28 U.S.C. § 1446(d)

I. MANDATORY REMAND FOR LACK OF JURISDICTION

Plaintiff, Don Michael Burdette, moves this Court for an immediate Remand. On February 26, 2026, at 4:45 PM, Plaintiff filed a binding Amended Demand in Greenville County Court capping all damages at $74,999.00. Under 28 U.S.C. § 1332, this Court lacks jurisdiction as the amount is below the $75,000 threshold.

II. THE "POCKET FILING" FRAUD

The Defendant failed to comply with 28 U.S.C. § 1446(d), which requires filing notice with the State Clerk to effectuate removal.

At 10:32 AM on Feb 27, the State Portal was EMPTY. No Attorney of Record.

At 2:00 PM on Feb 27, Defendant used an UNSTAMPED paper to mislead Judge Simmons' staff into stopping a scheduled hearing. This was a deliberate act of Bad Faith to "kidnap" a state proceeding while the Defendant was still a legal ghost in the State system.

III. PRAYER FOR RELIEF

Plaintiff is 61 years old and has been HOMELESS with his partner, Patricia Ford, since July 15, 2025. Plaintiff requests this Court DISMISS the Defendant's pleadings for Fraud and REMAND this case immediately for entry of Judgment.

Respectfully submitted,

DON MICHAEL BURDETTE 🔨
717 Lowndes Hill Road, Greenville, SC 29607

DATE: MARCH 18, 2026 [signature]