RECEIVED
USDC, CLERK GREENVILLE
2026 MAR 18 PM 4:27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (CHARLESTON DIVISION)
DON MICHAEL BURDETTE, Plaintiff, Pro Se
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
FEDERAL CASE NO.: 6:26-cv-00806-JDA-MGB

AFFIDAVIT OF FINANCIAL AND RESIDENTIAL HARDSHIP

I, Don Michael Burdette, being duly sworn, hereby depose and state:
THE SURGE: On July 15, 2025, a catastrophic electrical surge destroyed the electrical systems of my primary residence, a 1996 Fleetwood American Tradition RV.

THE DISPLACEMENT: For 246 days, I have been unable to safely reside in my home. Since the surge, my partner, Patricia Ford, and I have been forced to live in motels or at Wags RV without reliable power or facilities.

THE DEPLETION: I am 61 years old. The Defendant's refusal to pay this claim in good faith has forced me to exhaust my personal savings on motel stays and emergency living expenses while my home sits unrepaired.
THE BAD FAITH DELAYS: The Defendant has used procedural "pocket filings" to stop State Court hearings, as evidenced by the EMPTY State Court portal at 10:32 AM on February 27, 2026. These tactics are designed to outlast my financial ability to fight.

THE REQUEST: I am a man of my word and a man of integrity. I am asking this Court for an immediate Remand to State Court so that I can seek the $74,999.00 I am legally owed to restore my home and my life.

I declare under penalty of perjury that the foregoing is true and correct.
DON MICHAEL BURDETTE

DATE: MARCH 18, 2026 ______________________