IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA | CHARLESTON DIVISION
DON MICHAEL BURDETTE, Plaintiff v. CASE NO: 2:26-cv-00627 PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant

PLAINTIFF'S VERIFIED MOTION FOR SUMMARY JUDGMENT AND REMAND

I, Don Michael Burdette, appearing Pro Se 🔨, hereby MOVE this Court for an immediate ENTRY OF JUDGMENT in the amount of $74,999.00 against the Defendant for the following reasons:

JUDGMENT ON THE RECORD: The Defendant has engaged in documented Bad Faith for 246 days. They attempted to "kidnap" this case via a 4:00 PM electronic "Ghost-Filing" on February 26th specifically to obstruct a scheduled 2:00 PM hearing on February 27th.
PHYSICAL PRIORITY: Plaintiff physically filed in Greenville County at 10:20 AM on February 26th. Under the law, my physical priority at the counter supersedes their late-afternoon electronic filing.

FRAUD UPON THE COURT: Defendant's claim of "no notice" is a documented lie. Plaintiff holds proof (UPS/SCDOI) that the Defendant received the Green Cover Sheet on February 9, 2026.

STIPULATED DAMAGES: Plaintiff hereby stipulates that total damages are exactly $74,999.00. This Court lacks jurisdiction over any matter under $75,000.00.
PRAYER FOR RELIEF: Plaintiff respectfully requests that this Court VACATE the Removal, REMAND the case to Greenville, and ENTER JUDGMENT for the Plaintiff in the amount of $74,999.00 for the Defendant's repeated bad-faith maneuvers.

[signature] 3/18/2026

Don Michael Burdette (Pro Se) 🔨 717 Lowndes Hill Road, Greenville, SC 29607 Phone: 864-712-2439

SWORN AND SUBSCRIBED before me this ____ day of March, 2026.
NOTARY PUBLIC FOR SOUTH CAROLINA My Commission Expires:

RECEIVED
USDC. CLERK GREENVILLE.
2026 MAR 18 PM 4:23