Greenville County
13th Judicial Circuit
Public Index



reenville County Home Page South Carolina Judicial Department Home Page

Switch View

## Don M Burdette vs. Progressive Direct Insurance Company, defendant

| | | | | | |
|---|---|---|---|---|---|
| :ase Number: | 2025CP2308278 | Court Agency: | Greenville County Common Pleas | Filed Date: | 12/18/2025 |
| :ase Type: | Common Pleas | Case Sub Type: | Fraud/Bad Faith 150 | File Type: | Jury |
| ;tatus: | Transferred | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | |
| )isposition: | Removed to Other Court (Fed or District) | Disposition Date: | 02/27/2026 | Disposition Judge: | Clerk Of Court C P, G S, And Family Court |
| )riginal ;ource Doc: | | Original Case #: | | Restore Reason: | Reopened Case |
| udgment lumber: | | Court Roster: | | | |

Case Parties Judgments Tax Map Information Associated Cases Actions Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Burdette, Don M | ADR/Alternative Dispute Resolution (Clerk Workflow) | Action | | 07/16/2026-14:25 | 01/08/2026-14:25 | |
| Burdette, Don M | Filing/Other-Notification of Emergency Remand | Filing | | 03/11/2026-12:43 | | |
| Burdette, Don M | Copy of Document Filed at Federal Court | Filing | | 02/27/2026-10:19 | | |
| Burdette, Don M | Notice of Amended Damages | Filing | | 02/26/2026-16:56 | 02/27/2026-16:56 | |
| Progressive Direct Insurance Company | Notice/Removal to District Court | Filing | | 02/26/2026-16:16 | | |
| Progressive Direct Insurance Company | Notice/Removal to District Court | Filing | | 02/26/2026-16:16 | | |
| Progressive Direct Insurance Company | Notice/Notice of Appearance | Filing | | 02/26/2026-16:16 | | |
| Progressive Direct Insurance Company | Acknowledgement of Filing of Removal | Filing | | 02/26/2026-16:16 | | |
| Progressive Direct Insurance Company | Service/Certificate Of Service | Filing | | 02/26/2026-16:16 | | |
| Burdette, Don M | Letter/Letter | Filing | | 02/24/2026-15:52 | 02/27/2026-15:52 | |
| Burdette, Don M | Service/Affidavit Of Service | Filing | | 02/11/2026-11:21 | 02/27/2026-11:21 | |
| Burdette, Don M | 2/27/2026_MOTION_Roster/Notice of Case Roster Publication Se | Action | | 02/03/2026-12:14 | 02/27/2026-12:14 | |
| Burdette, Don M | 2/27/2026_MOTION_Roster/Notice of Case Roster Publication Se | Action | | 02/03/2026-11:55 | 02/27/2026-11:55 | |
| Burdette, Don M | Service/Affidavit Of Service | Filing | | 02/03/2026-11:11 | 02/27/2026-11:11 | |
| Burdette, Don M | Emergency Motion for Equitable Relief and Notice of Claim Va | Motion | | 02/03/2026-11:07 | 02/27/2026-11:07 | |
| Burdette, Don M | Order/Electronic Form 4 | Order | | 01/23/2026-11:49 | 02/27/2026-11:49 | |
| Burdette, Don M | Amended/Amended Summons And Complaint | Filing | | 01/23/2026-10:37 | 02/27/2026-10:37 | |
| Burdette, Don M | Memo/Memo Motion to Amend Caption | Filing | | 01/20/2026-15:56 | 02/27/2026-15:56 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 15:38 | 15:38 | |
| Burdette, Don M | 1/13/2026_MOTION_Roster/Notice of Case Roster Publication Se | Action | | 01/16/2026-15:51 | 02/27/2026-15:51 | |
| Burdette, Don M | Emergency Motion For Equitable Relief,Stay, & Injuction | Motion | | 01/16/2026-13:54 | 02/27/2026-13:54 | |
| Burdette, Don M | Order Denying In Forma Pauperis | Order | | 12/19/2025-15:28 | 01/08/2026-15:28 | |
| Burdette, Don M | Motion & Affidavit to Proceed In Forma Pauperis | Filing | | 12/18/2025-14:26 | 01/08/2026-14:26 | |
| Burdette, Don M | Summons & Complaint | Filing | | 12/18/2025-14:24 | 01/08/2026-14:24 | |

4SWeb 7.2 © 2026 South Carolina Judicial Branch • All rights reserved