IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
USDC. CLERK GREENVILLE. SC
2026 MAR 23 AM 9:53

Don Michael Burdette, Plaintiff, v.
Progressive Direct Insurance Company, Defendant. Case No. 6:26-cv-00806-JDA-MGB

PLAINTIFF'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES

The Plaintiff, Don Michael Burdette, proceeding pro se, hereby submits the following answers to the Court's standard interrogatories:

(A) State the name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER: To the best of Plaintiff's knowledge, there are no persons or legal entities with a subrogation interest in this claim.

(B) As to each claim, state whether it should be tried jury or non-jury and why.
ANSWER: Jury. Plaintiff requested a jury trial in the original state court filing to determine the facts of the property damage and insurance contract breach.

(C) State whether the party submitting these responses is a publicly owned company and separately identify any parent, subsidiary, or affiliate.
ANSWER: Not applicable. Plaintiff is a natural person.

(G) [For Defendants Only]
ANSWER: Not applicable.

(H) State the name and address of any person you expect to call as an expert witness.
ANSWER: Plaintiff expects to call the following technical experts:
Craig Childs, Preferred Homes, 11400 Anderson Rd, Piedmont, SC 29673.
Scott McCall / James Price, Wags RV Sales & Services Inc., 19 Piney Mountain Rd, Greenville, SC 29609.

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, a true and correct copy of the foregoing document was served via First Class U.S. Mail, postage prepaid, to counsel for the Defendant:
James R. Murphy (J.R. Murphy)
Murphy & Grantland, P.A.
4406-B Forest Drive, P.O. Box 6648
Columbia, SC 29260

Don Burdette Pro se
March 24th 2026