UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

DON MICHAEL BURDETTE, Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
CASE NO.: 6:26-cv-00806-JDA-MGB

[PROPOSED] ORDER REMANDING CASE TO STATE COURT

This matter is before the Court on Plaintiff's Motion to Remand and Binding Stipulation filed on February 27, 2026.

The Court finds that:
The Plaintiff has filed a Binding Stipulation irrevocably limiting the total amount in controversy to $74,999.00, inclusive of all damages, costs, and attorney's fees.

Pursuant to the "Legal Certainty" test, the amount in controversy does not exceed the jurisdictional requirement of $75,000.00 required for diversity jurisdiction under 28 U.S.C. § 1332.

The Defendant, Progressive Direct Insurance Company, has failed to file a response or opposition to the Plaintiff's Motion to Remand within the time prescribed by Local Civil Rule 7.06 (D.S.C.).

Accordingly, this Court lacks subject matter jurisdiction over the current action.

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Remand is GRANTED.
IT IS FURTHER ORDERED that this action is hereby REMANDED to the Greenville County Court of Common Pleas for all further proceedings. The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of Court for Greenville County.

IT IS SO ORDERED.
UNITED STATES DISTRICT JUDGE
Dated: March 23rd, 2026
Greenville, South Carolina

Pro Se

Respectfully submitted,
(Signature) Don M Burdette March 20th 2026
Don Michael Burdette, Pro Se 717 Lowndes Hill Road
Greenville, South Carolina 29607