Don Michael Burdette
717 Lowndes Hill Road
Greenville, South Carolina 29607
(864) 712-2439
March 24, 2026

Clerk of Court
United States District Court
District of South Carolina
Post Office Box 835
Charleston, South Carolina 29402

RE: Don Michael Burdette v. Progressive Direct Insurance Company
Case No. 6:26-cv-00806-JDA-MGB
Dear Clerk of Court,

Enclosed for filing in the above-referenced matter, please find the original signed versions of the following documents:

Plaintiff's Notice of No Opposition to Motion to Remand
Plaintiff's Answers to Local Civil Rule 26.01 Interrogatories
Please file these documents in the official court record. I have also served a copy of these filings upon the Defendant's counsel via U.S. Mail.
Thank you for your assistance with this matter.

Sincerely,
(Signature) Don Burdette Pro se
Don Michael Burdette, Pro Se