RECEIVED
USDC. CLERK GREENVILLE.
2026 MAR 23 AM 9:53

Motion for Default Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

DON MICHAEL BURDETTE, Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
Case No.: 6:26-cv-00806

MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:
Plaintiff, Don Michael Burdette, Pro Se, respectfully moves this Court for the entry of a Default Judgment against Defendant, Progressive Direct Insurance Company, pursuant to Fed. R. Civ. P. 55(b), and in support shows the following:

This action was removed to this Court on February 26, 2026.

The Defendant has failed to plead or otherwise defend as required by Fed. R. Civ. P. 81(c). On March 23, 2026, the Plaintiff filed a Request for Entry of Default, which was duly entered by the Clerk of Court.

The Defendant is a corporation and is not an infant, incompetent person, or currently in military service.

The damages sought are for a Sum Certain of $74,999.00, representing the capped value of the insurance claim as established by the Plaintiff's Binding Stipulation filed on March 12, 2026.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant in the amount of $74,999.00, plus costs of this action and any further relief the Court deems just.

Respectfully submitted,
Don Michael Burdette, Pro Se Dated: March 23, 2026

Don M. Burdette March 23, 2026