AFFIDAVIT IN SUPPORT OF DEFAULT

I, Don Michael Burdette, being duly sworn, depose and state:

I am the Plaintiff in the above-captioned matter.

The Defendant, Progressive Direct Insurance Company, was served with the Summons and Complaint and subsequently filed a Notice of Removal on February 26, 2026.

The time for the Defendant to file a responsive pleading (Answer) or the State Court Record under Rule 81(c) has expired.

As of March 23, 2026, the Defendant is in default for failure to plead or otherwise defend.

The Defendant is not an infant or incompetent person, and the Servicemembers Civil Relief Act does not apply to this corporate entity.

I declare under penalty of perjury that the foregoing is true and correct.

Don Michael Burdette Dated: March 23, 2026