IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Don Michael Burdette, Plaintiff, v.
Progressive Direct Insurance Company, Defendant. Case No. 6:26-cv-00806-JDA-MGB

PLAINTIFF'S NOTICE OF NO OPPOSITION TO MOTION TO REMAND
TO THE HONORABLE MARY GORDON BAKER, UNITED STATES MAGISTRATE JUDGE:
NOW COMES Plaintiff, Don Michael Burdette, appearing pro se, and respectfully notifies the Court of the following:

On March 9, 2026, Plaintiff filed a Motion to Remand (Dkt. No. 9) to return this action to the Greenville County Court of Common Pleas (Case No. 2025-CP-23-08278).

Pursuant to Local Civil Rule 7.06, the Defendant's response to said motion was due within fourteen (14) days.

As of March 24, 2026, the Defendant, Progressive Direct Insurance Company, has failed to file a response or any memorandum in opposition to Plaintiff's Motion to Remand.

Under Local Civil Rule 7.06, if no memorandum in opposition is filed within the required time, the Court may deem the motion unopposed.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Motion to Remand and return this matter to the state court for further proceedings.

CERTIFICATE OF SERVICE
I hereby certify that on this 24th day of March, 2026, a true and correct copy of the foregoing document was served via First Class U.S. Mail, postage prepaid, to counsel for the Defendant:

James R. Murphy (J.R. Murphy)
Murphy & Grantland, P.A.
4406-B Forest Drive, P.O. Box 6648
Columbia, SC 29260

Respectfully submitted,
(Signature) Don M. Burdette Pro Se
Don Michael Burdette, Pro Se 717 Lowndes Hill Road
Greenville, South Carolina 29607
(864) 712-2439