RECEIVED
USDC, CLERK GREENVILLE
2026 MAR 25 PM 3:02

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DON MICHAEL BURDETTE, Pro Se, Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.
Case No. 6:26-cv-00806-JDA

PLAINTIFF'S OMNIBUS REBUTTAL TO DEFENDANT'S UNTIMELY FILINGS

The Plaintiff, Don Michael Burdette, appearing Pro Se, hereby moves to STRIKE any and all filings made by the Defendant on March 25, 2026, as untimely and procedurally barred.

1. THE "7-DAY" RULE IS ABSOLUTE: Under Fed. R. Civ. P. 81(c)(2), the Defendant had until March 5, 2026, to file a Federal Answer. They failed to do so. Their silence lasted eighteen (18) days past the mandatory deadline.

2. THE DEFENDANT IS LYING TO THIS COURT: The Defendant claims "lack of notice" for the February 27th State hearing. This is a fraud upon the Court. The Defendant filed for Removal on February 26th specifically to stay that very hearing. One cannot "remove" a case to stop a hearing they claim not to know about.

3. JURISDICTION IS LACKING: The Plaintiff has filed a Binding Stipulation capping damages at $74,999.00. This Court lacks subject matter jurisdiction under 28 U.S.C. § 1332. Any attempt by the Defendant to keep this case in Federal Court is a bad-faith effort to avoid the consequences of their Default.

CONCLUSION: The Defendant is in Default. Their late-stage "Oppositions" are a desperate attempt to ignore the Federal Rules. The Court should grant the Entry of Default and the Default Judgment immediately.

Respectfully submitted,
Don Michael Burdette, Pro Se
March 25, 2026

Don Burdette Pro Se