IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (GREENVILLE DIVISION)
DON MICHAEL BURDETTE 🔨 (Pro Se),
Plaintiff,
vs.
PROGRESSIVE DIRECT INSURANCE COMPANY,
Defendant.
Case No: 6:26-cv-00806-JDA-MGB

RECEIVED
USDC. CLERK GREENVILLE.
2026 MAR 31 PM 12:48

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION (ENTRY 21)

1. MANDATORY FEDERAL DEFAULT: Defendant is in Federal Default under Fed. R. Civ. P. 81(c)(2)(C). Upon Removal on 2/26/2026, Defendant had a strict 7-day window to file a formal Federal Answer.
That deadline expired on March 5, 2026. No valid Federal Answer was filed by that date.

2. ENTRY 2 IS LEGALLY INSUFFICIENT: Entry 2, filed on 2/26/2026, is merely a recycled copy of the State Court Answer attached to the Notice of Removal. Under Federal Rules, migrating "Blue Ink" state papers does not satisfy the requirement for a responsive pleading in the U.S. District Court.

3. ADMISSION OF DEFAULT VIA ENTRY 12: Defendant's "Supplement" (Entry 12) was not filed until March 17, 2026. This filing occurred 12 days after the legal deadline and serves as a late admission that their original filing (Entry 2) was defective. A party in default cannot "supplement" their way back into a case after the clock has run.

4. MOTION TO STRIKE ENTRY 21: Because Defendant is in a state of Federal Default, they have no standing to oppose Plaintiff's motions. Plaintiff respectfully requests the Court Strike Entry 21 in its entirety and grant the Motion for Default (Entry 19) and Motion to Remand (Entry 24) immediately, honoring the defaults already established in the record.
Respectfully submitted,

Don Michael BURDETTE 🔨 (Pro Se) 717 Lowndes Hill Road
Greenville, SC 29607
864-712-2439
Date: March 31, 2026

Don M Burdette Pro Se
3/31/2026