RECEIVED
USDC.CLERK GREENVILLE. SC
2026 APR 29 PM 3:39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(GREENVILLE DIVISION)
DON MICHAEL BURDETTE, pro se,
Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY,
Defendant.
CASE NO.: 6:26-cv-00806-JDA

FORMAL DEMAND FOR ENTRY OF JUDGMENT: NOTICE OF SELF-AUTHENTICATING ORDER

TO: THE CLERK OF COURT
NOW COMES the Plaintiff, Don Michael Burdette, pro se, to formally demand the entry of the Order of Remand and Default Judgment signed by the Honorable Judge Austin on March 30, 2026.

VERIFIED AUTHENTICITY: The Plaintiff hereby provides the Court with a copy of the March 30th Order. This document is self-authenticating as it bears the Official Federal CM/ECF Header and the Physical Time-Stamp applied by this Clerk's office upon receipt.

ESTOPPEL OF DENIAL: Because this document contains the Court's own administrative markings and a time-stamp from this very office, it cannot be rejected as "unofficial" or "non-existent." Any claim that this record is not "real" is contradicted by the Clerk's own stamp of receipt.

JUDICIAL SUPREMACY: This Order, signed by District Judge Austin, awards a judgment of $74,999.00. This final judicial act renders any pending Report and Recommendation (R&R) or subsequent filings by the Defendant moot.

The District Judge has spoken; the Clerk's duty is now purely ministerial.

DEMAND: Plaintiff demands that the Clerk acknowledge the validity of their own time-stamp, assign a docket number immediately, and enroll this $74,999.00 judgment so that execution may proceed.

The Plaintiff will not accept administrative stalling as a substitute for judicial enforcement. Enter the judgment signed by Judge Austin immediately.

Respectfully submitted,
Don Michael Burdette, pro se
717 Lowndes Hill Road
Greenville, South Carolina 29607
(864) 712-2439
DATE: April 28, 2026