**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**CASE NUMBER: 6:26-cv-00806-JDA-MGB**

| | |
|---|---|
| Don Michael Burdette, pro se,<br>Plaintiff,<br>v.<br>Progressive Direct Insurance Company,<br>Defendant. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION** |

Defendant Progressive Direct Insurance Company ("Progressive"), by and through its undersigned counsel, respectfully submits its Response in Opposition to Plaintiff's Objections to the Report and Recommendation of the Magistrate and requests that this Court reject Plaintiff's objections and accept the Report and Recommendation of the Magistrate without alteration.

## SUMMARY

The Plaintiff filed this breach of contract and bad faith action against Progressive in the Greenville County Court of Common Pleas on or about February 10, 2026. Plaintiff originally filed a Complaint against Progressive Casualty Insurance Company but substituted Progressive Direct Insurance Company by way of his Amended Complaint, which was filed February 3, 2026, and served on Progressive on February 10, 2026. Progressive timely removed the action based on diversity jurisdiction under 28 U.S.C. § 1332(a) on February 26, 2026. Progressive timely answered Plaintiff's Amended Complaint that same day. Despite the propriety of the removal, the Plaintiff sought to have this action remanded to state court, across multiple and repetitious motions, based on a post-removal attempt to stipulate his damages below the statutory amount in controversy requirement. In other motions, Plaintiff sought to have this Court enter judgment in his favor based on the grounds set forth in his Amended Complaint and enter default

judgment against Progressive for failure to answer his Amended Complaint. However, on April 14, 2026, a Report and Recommendation was issued by the Magistrate Judge finding Plaintiff's various motions be denied. Progressive agrees with the findings set forth in the Magistrate's Report and Recommendation, and requests that the Court accept the Report and Recommendation without alteration.

## FACTUAL BACKGROUND

As detailed fully in the Report and Recommendation, on February 10, 2026, Plaintiff commenced this breach of contract and bad faith action against Progressive in the Court of Common Pleas for Greenville County, South Carolina, Civil Action No. 2025-CP-23-08278. (ECF No. 1-1, Pl.'s Amended Compl.). Progressive removed this action to federal court on February 26, 2026, filing its Answer the same day. (ECF Nos. 1; 2). Subsequently, on March 11, 2026, Plaintiff filed a Motion to Remand. (ECF No. 9). On March 17, 2026, Plaintiff filed another Motion to Remand. (ECF No. 13). On March 18, 2026, Plaintiff filed an "Emergency Motion to Dismiss for Fraud Upon the Court and Violation of 28 U.S.C. § 1446(d)" and a "Verified Motion for Summary Judgment and Remand." (ECF Nos. 14; 16). Then, on March 23, 2026, Plaintiff filed a Motion for Default Judgment. (ECF No. 19). On March 25, 2026, Plaintiff filed a Motion to Strike as well as an "Amended Motion to Remand and Motion for Entry of Judgement." (ECF Nos. 22; 24). Progressive then filed responses in opposition to the Plaintiff's motions (ECF Nos. 21; 26; 27). Plaintiff filed a reply brief on March 31, 2026. (ECF No. 29).

On April 4, 2026, the Magistrate Court issued a Report and Recommendation denying Plaintiff's motions. (ECF No. 31). Plaintiff filed an objection to the Report and Recommendation on April 22, 2026. (ECF No. 36). Progressive now files its Response to Plaintiff's Objection to

the Report and Recommendation, and requests that this Court deny the Plaintiff's objections and accept the Report and Recommendation without alteration.

**ARGUMENT**

Progressive agrees with the findings of the Magistrate Court's Report and Recommendation and would request that this Court accept the Report and Recommendation without alteration.

Moreover, in his objections, Plaintiff alleges that, prior to Progressive's removal of this action, he filed a binding stipulation limiting his damages to $74,999.00 at 10:30 am on February 26, 2026, in the Greenville County Court of Common Pleas. However, the first time Plaintiff submitted any filings attempting to stipulate that his damages did not exceed $74,999.00 was on February 26, 2026, at 4:58 pm as indicated by the filing stamp on his "Notice of Amended Demand" in the Greenville County Court of Common Pleas. (Notice of Amended Demand, *Don M. Burdette v. Progressive Direct Ins. Co.*, No. 2025-CP-23-08728, (S.C. Ct. C.P. Feb. 26, 2026)). Thus, Plaintiff's objections that removal was improper on this ground should be denied.

Additionally, Progressive timely filed its Answer to Plaintiff's Amended Complaint the same day it removed this action, on February 26, 2026. (ECF No. 2). Therefore, Plaintiff's continued allegation that Progressive failed to timely answer Plaintiff's Amended Complaint is incorrect. Thus, the Plaintiff's objections on this ground should be denied.

Further, if any response is necessary to Plaintiff's claims that Progressive engaged in delay tactics, "sat silent" while in default, and threatened to "bury him in paperwork," Progressive would respond by showing that it timely filed responses in opposition to Plaintiff's multiple and repetitious motions under Rule 12 of the Federal Rules of Civil Procedure, and otherwise complied the Federal Rules of Civil Procedure in its responses to Plaintiff's motions.

## **CONCLUSION**

For these reasons, Progressive respectfully requests that this Court reject Plaintiff's objections to the Report and Recommendation of the Magistrate Court and accept the Report and Recommendation without alteration.

MURPHY & GRANTLAND, P.A.

*s/ J.R. Murphy*
J. R. Murphy, Esquire
Federal I.D. No. 3119
P.O. Box 6648
Columbia, SC 29260
T: 803-782-4100
jrmurphy@murphygrantland.com
Attorney for Defendant Progressive Direct Insurance Company

Columbia, South Carolina
May 5, 2026