2026 MAY 18 AM 11:38
RECEIVED
USDC. CLERK GREENVILLE.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Don Michael Burdette, Plaintiff
v.
Progressive Direct Insurance Company, Defendant
Case No.: 6:26-cv-00511-MGL
PLAINTIFF'S EXHIBIT A — SWORN DECLARATION OF DON MICHAEL BURDETTE

I am Don Michael Burdette, and I am representing myself in this court without a lawyer. I am writing this statement under penalty of perjury to tell the judge the truth about what happened and why I am fighting these sanctions.

First, under the Supreme Court case Haines v. Kerner, the court is supposed to give me some leeway because I am not a trained attorney. I do not know the federal rules or how the court system works behind the scenes.
I did not come up with the number $74,999.00 on my own. I have no knowledge of federal laws or jurisdictional limits. A regular person calculates what they lost in round numbers, like $50,000 or $100,000. Nobody just guesses a number exactly one dollar short of the federal court line of $75,000

That exact number was given to me directly over the phone by Progressive's lawyer, Mr. Murphy. He has 35 years of experience as a veteran attorney, and I trusted what he told me because I didn't know any better.
He set that number up, and then turned around and moved this case to federal court anyway, and now he is trying to get the judge to sanction me and throw my case out.

I told the judge's clerk before that I didn't want to do this. I wasn't going to say anything about that phone call, and there are still a lot of things I haven't said yet because I wanted to keep things respectful.

But Mr. Murphy is actively doing this to me. He filed papers attacking my character and asking for sanctions. Since he is using his 35 years of experience to back me into a corner with lies, I have no choice but to tell the judge the unvarnished truth.

I swear under penalty of perjury under the laws of the United States that everything I have written here is true and correct.
Executed this 18th day of May, 2026.
Respectfully submitted,
Don Michael Burdette, Pro Se