**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**CASE NUMBER: 6:26-cv-00806-JDA-MGB**

Don Michael Burdette, pro se,
Plaintiff,
v.

Progressive Direct Insurance Company,

Defendant.

**NOTICE OF FILING ADDITIONAL DOCUMENTS TO ECF [42]**

Attached for filing in the above matter are Exhibits A – H to Defendant Progressive Direct's filing number ECF #42 in the above matter.

Ex. A, April 27, 2026, 10:45 AM email;

Ex. B, April 27, 2026, 10:47 PM email;

Ex. C, April 30, 2026, 6:22 PM email;

Ex. D, April 30, 2026, 6:31 PM email to Progressive's counsel;

Ex. E, April 30, 2026, email attaching Purported Order;

Ex. F, May 5, 2026, email;

Ex. G, May 6, 2026, Email to Plaintiff; and

Ex. H., email.

MURPHY & GRANTLAND, P.A.

*s/J.R. Murphy*
J. R. Murphy, Esquire
Federal I.D. No. 3119
P.O. Box 6648
Columbia, SC 29260
T: 803-782-4100
jrmurphy@murphygrantland.com

Attorney for Defendant, Progressive Direct

Insurance Company

Columbia, South Carolina
May 27, 2026