**From:** Don Burdette
**To:** J. R. Murphy
**Date:** Monday, April 27, 2026 10:45:49 PM

---

Subject: URGENT: Entry 41 - Mandatory Execution of Judgment

Mr. Murphy,
Attached is Entry 41, which was signed by Judge Austin this morning. This is the final Order of Remand and Entry of Default Judgment for the amount of $74,999.00.

I am demanding that these funds be issued via wire transfer to my account immediately, following the same procedure used for the $2,000 motel reimbursements last October. I will not accept a paper check.

Be advised: I want this wire confirmed and completed by 10:00 a.m. tomorrow morning. If the money is not moved by then, I will proceed with a full legal execution of the judgment and put the law on this matter to enforce collection.

Govern yourself accordingly.
Sincerely,
Don Michael Burdette pro se
717 Lowndes Hill Road
Greenville, South Carolina 29607
864-712-2439