**From:** Don Burdette
**To:** J. R. Murphy
**Date:** Monday, April 27, 2026 10:47:42 PM

SUBJECT: FORMAL DEMAND FOR SATISFACTION OF JUDGMENT - CASE NO. 2025-CP-23-08278

TO: J.R. MURPHY, COUNSEL FOR PROGRESSIVE DIRECT INSURANCE COMPANY

MR. MURPHY:

Pursuant to the Order of Remand and Default Judgment (Order #36) entered by the Honorable Jacquelyn D. Austin on April 14, 2026, and the subsequent transmission of the federal record to the Greenville County Court of Common Pleas on this date, April 27, 2026, demand is hereby made for the immediate satisfaction of the judgment in the amount of $74,999.00.

Be advised of the following Strict Instructions for Disbursement:

1. Electronic Transfer Required: The Judgment Creditor (Don Michael Burdette) hereby rejects payment by physical check.
2. Preferred Method: Progressive Direct Insurance Company is directed to utilize the PreferPay® electronic portal to facilitate an immediate digital transfer to the Plaintiff's verified account, consistent with the methodology utilized for previous loss-related disbursements in this matter.
3. Notice of Enrollment: Should confirmation of the electronic transfer initiation not be received by 10:00 AM on April 28, 2026, I shall proceed to the Greenville County Clerk of Court to formally enroll the Judgment Roll. This will initiate the accrual of post-judgment interest and the subsequent issuance of a Writ of Execution to the Sheriff's Office for the seizure of assets to satisfy the debt.

Time is of the essence. Govern yourself accordingly.

Don Michael Burdette, Pro Se
Judgment Creditor
717 Lowndes Hill Road, Greenville, SC 29607