**From:** Don Burdette
**To:** J. R. Murphy; Don Burdette
**Date:** Thursday, April 30, 2026 6:22:06 PM

---

To: John Robert Murphy (jrmurphy@murphygrantland.com)
From: Don Michael Burdette Pro Se
Subject: NOTICE OF ENTRY OF JUDGMENT: Signed Order (March 30 / April 14, 2026)

Mr. Murphy,
Since you stated your office has been unable to locate the signed judicial orders in this matter, I am serving you with the official record now to eliminate any further delay.
Attached is the Order of Remand and Entry of Default (Case No. 6:26-cv-00806-JDA). Please take specific note of the following:
Judicial Signature: This order was signed by The Honorable Jacqueline D. Austin on March 30, 2026.
Electronic Filing Stamp: The document bears the federal CM/ECF header confirming it was officially entered into the record on April 14, 2026, at 11:34 AM EDT.
Final Award: The court has GRANTED the judgment in the amount of $74,999.00.
Jurisdiction: The matter is remanded to the Greenville County Court of Common Pleas (2025-CP-23-08278).
Given that Judge Austin has already signed this Order of Remand and entered the Default Judgment, this order precedes and supersedes any pending motions. There is no need for your office to file an opposition to my opposition to the R&R, as those federal proceedings are now moot.
I am providing this signed copy to you today, April 30, 2026, so there is no ambiguity when I appear at the Greenville County Courthouse tomorrow, Friday, to enroll this judgment.
Sincerely,
Don Michael Burdette
Pro Se
717 Lowndes Hill