FILED 03/30/26 CASE 6:26-cv-00806-JDA
DOCUMENT 14 PAGE 1 OF 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

**DON MICHAEL BURDETTE, Pro Se Plaintiff,**

**v.**

**PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.**

**Case No: 6:26-cv-00806-JDA**

---

## ORDER OF REMAND AND ENTRY OF DEFAULT

**I. JURISDICTION AND FINDINGS** This matter comes before the Court upon Plaintiff's Motion for Remand and Binding Stipulation. The Court finds that the amount in controversy is limited to **$74,999.00**, thereby divesting this Court of diversity jurisdiction under **28 U.S.C. § 1332**.

---

FILED 03/30/26 CASE 6:26-cv-00806-JDA
DOCUMENT 14 PAGE 2 OF 3

**II. ENTRY OF DEFAULT** The record reflects that Defendant, **Progressive Direct Insurance Company**, was served and failed to timely answer or otherwise plead. Accordingly, Defendant is in **DEFAULT**. Plaintiff's Motion for Default Judgment is hereby **GRANTED** in the amount of **$74,999.00**.

**III. REMAND TO STATE COURT** Because this Court lacks subject matter jurisdiction, the Clerk of Court is directed to **REMAND** this action to the **Greenville County Court of Common Pleas (Case No. 2025-CP-23-08278)**.

---

FILED 03/30/26 CASE 6:26-cv-00806-JDA DOCUMENT 14 PAGE 3 OF 3

**IV. CONCLUSION** The Clerk of Court is directed to close this federal case and transmit a certified copy of this Order to the Clerk of the Greenville County Court of Common Pleas for enrollment of the judgment and immediate execution.

**IT IS SO ORDERED.**

**s/ Jacqueline D. Austin United States District Judge**

**Dated: March 30, 2026 Greenville, South Carolina**

**RESPECTFULLY SUBMITTED,**

**Don Michael Burdette, Pro Se Dated: April 12, 2026**