**From:** Don Burdette
**To:** J. R. Murphy; Don Burdette
**Date:** Tuesday, May 5, 2026 8:45:05 PM

---

To: J.R. Murphy (jrmurphy@murphygrantland.com)
Subject: CASE NO. 2025-CP-23-08278 - NOTICE OF FEDERAL MANDATE AND ENROLLMENT OF JUDGMENT
Mr. Murphy,
I am writing to follow up on the Final Mandate issued by the United States District Court on May 4, 2026, regarding Case No. 6:26-cv-00806, which has now been remanded to the Greenville County Court of Common Pleas under Case No. 2025-CP-23-08278.
The court’s ECF system indicates that you were electronically served with the Final Mandate and the Order of Remand on May 4, 2026, at 10:14 AM.
Please confirm that you have received your copy of this filing. As the Federal Court has finalized the matter of the default, and Judge Simmons is currently finalizing the order for the $74,999.00 judgment in Greenville, I am inquiring as to when Progressive intends to satisfy this debt.
I would prefer to resolve this matter directly; however, if I do not receive confirmation of payment arrangements, I am prepared to proceed with a Writ of Execution and the necessary bank levies to satisfy the judgment.
I look forward to your prompt response.
Sincerely,
Don Michael Burdette
(Pro Se)
717 Lowndes Hill Road
Greenville, South Carolina 29607
864-712-2439