**From:** J. R. Murphy
**To:** "Don Burdette"
**Subject:** RE:
**Date:** Wednesday, May 6, 2026 12:20:21 PM
**Attachments:** image001.png
image002.png

---

Mr. Burdette,
I am writing to advise you that your email to me last night contains fraudulent claims of orders granting you relief when no such relief has been granted by any court or judge. Progressive is continuing with the litigation you initiated and has instructed me to submit this conduct to the court for review. No payment in response to the fictitious order(s) you have referenced in this and prior emails is going to be made.

JR Murphy

J.R. Murphy, Esq.
Managing Shareholder

DD: 803-454-1231
O: 803-782-4100 ext. 1231
jrmurphy@murphygrantland.com
Fax: 803-782-4140
Post Office Box 6648
Columbia, SC 29260
4406 B Forest Drive (29206)
www.murphygrantland.com

*Please be advised that this e-mail and any files transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*

**From:** Don Burdette <elvisdmtentertainment@gmail.com>
**Sent:** Tuesday, May 5, 2026 8:45 PM

**To:** J. R. Murphy <jrmurphy@murphygrantland.com>; Don Burdette <elvisdmtentertainment@gmail.com>
**Subject:**

To: J.R. Murphy (jrmurphy@murphygrantland.com)
Subject: CASE NO. 2025-CP-23-08278 - NOTICE OF FEDERAL MANDATE AND ENROLLMENT OF JUDGMENT

Mr. Murphy,

I am writing to follow up on the Final Mandate issued by the United States District Court on May 4, 2026, regarding Case No. 6:26-cv-00806, which has now been remanded to the Greenville County Court of Common Pleas under Case No. 2025-CP-23-08278.

The court's ECF system indicates that you were electronically served with the Final Mandate and the Order of Remand on May 4, 2026, at 10:14 AM.

Please confirm that you have received your copy of this filing. As the Federal Court has finalized the matter of the default, and Judge Simmons is currently finalizing the order for the $74,999.00 judgment in Greenville, I am inquiring as to when Progressive intends to satisfy this debt.

I would prefer to resolve this matter directly; however, if I do not receive confirmation of payment arrangements, I am prepared to proceed with a Writ of Execution and the necessary bank levies to satisfy the judgment.

I look forward to your prompt response.

Sincerely,

Don Michael Burdette
(Pro Se)
717 Lowndes Hill Road
Greenville, South Carolina 29607
864-712-2439