**From:** Don Burdette
**To:** J. R. Murphy
**Date:** Thursday, May 7, 2026 2:24:29 AM

---

To: jrmurphy@murphygrantland.com
Subject: RE: Correspondence dated May 5, 2026 | Case No. 2025-CP-23-08278
Mr. Murphy,
Your email of May 5, 2026, is noted, but its premise is factually incorrect.
The Federal ECF record confirms that on May 4, 2026, the Honorable Jacqueline D. Austin signed the Final Order of Remand and entered a default judgment in the amount of $74,999.00 against Progressive Direct Insurance Company. The federal case (No. 6:26-cv-00806) was officially closed as of May 6, 2026.
My previous communication was a direct reflection of these judicial orders. Any suggestion of "conduct" issues on my part is a meritless distraction from the fact that a final judgment has been entered.
I am currently coordinating with the Greenville County Clerk of Court to ensure the enrollment and execution of this judgment. I suggest you review the certified record transmitted from the District Court.
Regards,
Don Michael Burdette
Pro Se
717 Lowndes Hill Road
Greenville, SC 29607
864-712-2439