IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Case Number: Federal Case No: 6:26-cv-00806-JDA

Don Michael Thacker Burdette, Pro Se
Plaintiff,
v.
Progressive Direct Insurance Company
Defendant.

RECEIVED
USDC, CLERK GREENVILLE
2026 JUN 16 PM 1:43

PLAINTIFF'S EMERGENCY MOTION FOR AN INJUNCTIVE STAY, PRESERVATION OF PROPERTY, AND ADMINISTRATIVE RELIEF

I. EMERGENCY MOTION FOR INJUNCTIVE STAY & DMV RELIEF

1. Emergency Protection of Property and Threatened Destruction of Evidence
The Plaintiff moves this Court for an immediate Emergency Injunctive Order to protect and preserve the primary subject matter of this litigation—his 1996 American Tradition RV (currently located at Wags RV place).

Imminent Threat of Removal and Liquidation: The owner of Wags RV, Johnny, has explicitly threatened the Plaintiff that he intends to immediately tow, relocate, and sell the vehicle. The vendor attempted to coerce the Plaintiff into signing paperwork to facilitate this action and gain authority over the vehicle, which the Plaintiff strictly refused.

Destruction of Irreplaceable Evidence: The physical vehicle holds the sole, critical physical evidence of the loss—specifically the distinct electrical lightning surge path damage verified by independent technicians. If the vendor is permitted to tow, alter, or sell the vehicle, this vital judicial evidence will be permanently lost or destroyed before a final ruling.

2. Immediate Stay Against South Carolina DMV Fines and Suspensions
The Plaintiff brings to the Court's immediate attention an ongoing administrative crisis engineered entirely by the Defendant. Despite the Plaintiff paying his premiums, Progressive wrongfully terminated and sliced his coverage, triggering automatic electronic notices to the South Carolina Department of Motor Vehicles (SCDMV):
Imminent Suspensions: The Plaintiff faces the immediate, unlawful suspension of his driver's license, vehicle plates, and registration due to Progressive's bad-faith policy termination.

Compounding Financial Penalties: The SCDMV is actively moving to impose reinstatement fees and compounding daily non-compliance fines under SC Code § 56-10-245.

Irreparable Harm: These fines and suspensions are being levied against an innocent Pro Se

litigant for a lack of insurance that was directly caused by the Defendant's breach. The Plaintiff requires an immediate Order from this Court staying the SCDMV from imposing any fines, fees, or driver's license/registration suspensions dependent on this policy dispute.

II. SUPPORTING FACTUAL MERITS FOR STAY

3. Clear Likelihood of Success on the Merits

To secure this emergency stay, the Plaintiff demonstrates that the underlying breach of contract claim is uncontradicted. The electrical failure on the night of July 15 was a direct result of a lightning strike and power surge path damage, which is fully covered under the comprehensive terms of the policy.

4. Conclusion and Prayer for Relief

The Plaintiff respectfully requests that this Court step in immediately to prevent both Progressive and cascading state administrative entities from executing further harm, and orders that:

An immediate Injunctive Order be issued staying the SCDMV from imposing any financial fines, daily penalties, or registration/license suspensions against the Plaintiff.

All third-party towing actions, relocations, or forced sales of the RV by Wags RV (Johnny) be immediately stayed and enjoined to preserve the evidence.

Summary Judgment ultimately be entered against Progressive for the total loss of the vehicle under comprehensive coverage.

Respectfully submitted,

Don Michael Thacker Burdette, Pro Se
717 Lowndes Hill Road
Greenville, South Carolina 29607
Phone: 864-712-2439

June 16th 2026