**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**CASE NUMBER: 6:26-cv-00806-JDA-MGB**

| | |
|---|---|
| Don Michael Burdette, pro se,<br>Plaintiff,<br>v.<br>Progressive Direct Insurance Company,<br>Defendant. | **SECOND AFFIDAVIT OF J. THOMAS MCBRATNEY, III** |

I, J. Thomas McBratney, III being capable, competent, and duly sworn, do hereby depose and say as follows:

1. I am a licensed attorney actively practicing and in good standing with the South Carolina State Bar. I was a partner at the law firm Murphy & Grantland, P.A., in its Columbia, South Carolina office, at the relevant time period referenced herein.

2. Murphy & Grantland, P.A. represents Progressive Direct Insurance Company ("Progressive") in the above-referenced action.

3. I am familiar with the events that took place at Wags RV Sales and Service Inc. ("Wags RV") in Greenville, South Carolina, on Friday, July 31, 2026.

4. On July 31, 2026, I went to Wags RV as detailed in my prior Affidavit which I signed on August 31, 2026.

5. After leaving Wags RV, I did not travel to or enter onto Mr. David Moyd's property. From Wags RV, I proceeded directly back to Murphy & Grantland's office in Columbia, South Carolina.

6. I have not travelled to or entered onto Mr. David Moyd's property at any time, including during the time that the above-referenced action has been pending, to take photographs or for any other purpose. I have never met Mr. Moyd; I have never spoken to Mr. Moyd and I did not know that he had any connection to Plaintiff until today, September 23, 2026.

(*signature page to follow*) Initial JTM



**EXHIBIT A**

J. Thomas McBratney, III

J. Thomas McBratney, III, Esq.

**FURTHER AFFIANT SAYETH NOT,** this the 23rd day of September, 20 26.

Sworn to and subscribed before me on
this the 23rd day of September, 20 26
Harriet McKnight
Notary Public for South Carolina
My Commission Expires: 4/3/2035

HARRIET FULLARD MCKNIGHT
MY COMMISSION
EXPIRES
4/03/2035
NOTARY PUBLIC
SOUTH CAROLINA