**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**CASE NUMBER: 6:26-cv-00806-JDA-MGB**

| | |
|---|---|
| Don Michael Burdette, pro se,<br>Plaintiff,<br>v.<br>Progressive Direct Insurance Company,<br>Defendant. | **AFFIDAVIT OF ZACHARY YARBOROUGH** |

PERSONALLY APPEARED BEFORE ME, the undersigned, Zachary Yarborough, who, after being duly sworn, deposes and says:

1. My name is Zachary Yarborough.
2. I am above 18 years of age.
3. I make this affidavit based on my knowledge and observations.
4. I am a Senior Multi-Line Representative employed by Progressive Direct Insurance Company (hereinafter "Progressive").
5. I am familiar with the events surrounding the July 31, 2025, inspection of the 1996 American Tradition RV, which is the subject of the present action (the "RV"), as well as the photographs which are in Progressive's possession of the RV and surrounding areas.
6. On July 31, 2025, I arrived at Mr. David Moyd's property to inspect the RV and take photographs of the RV in response to Mr. Burdette's claim, which is the subject of this action. I had permission to do this from Mr. Burdette and Mr. Burdette was present the entire time I was there.
7. As a part of my inspection, I took photographs of the breaker box on the outside of Mr. Moyd's house. These photographs are attached hereto as Exhibit 1.
8. I did not return to Mr. Moyd's property at any time for any purpose after July 31, 2025.
9. There are no other photographs of this breaker box in Progressive's possession in connection with this claim.

Zachary Yarborough

**FURTHER AFFIANT SAYETH NOT**, this the 29th day of September 2026.

Sworn to and subscribed before me on
this the 29 day of September, 2026

Notary Public for South Carolina
My Commission Expires: 3/23/35

James Travis Rygg
Anderson County
Notary Public, State of South Carolina
My Commission Expires Mar. 23, 2035

**EXHIBIT B**