**Recorded Interview of:** Don M. Burdette
**Claim No.:** 25-503498567
**Date of Interview:**

[SP] = Spelling
[SS] = Speaking Simultaneously
[TD] = Tape Damage
[IA] = Inaudible
[NU] = Not Understood

| | |
|---|---|
| Q | Okay, Mr. Don I'm back on the line our conversation is now being recorded, do I have your permission to proceed? |
| A | Yes ma'am |
| Q | All right, and it looks like uh this claim was reported on the 1996 Fleetwood um [SS] motorhome? |
| A | Yes ma'am, yes ma'am |
| Q | All right, I have a date of loss of 7/15 so that date of loss would have been uh last Tuesday? |
| A | Last Tuesday, right |
| Q | Okay, all right, so like I said uh just kind of want to get some background information then we'll move into what, you know, led you to file this claim, we'll go over coverages, and any questions that you have. Now how long- |
| A | Okay |
| Q | How long have you had this unit? |
| A | Uh we've had it for, let's see, we've had it since uh February. |
| Q | Okay. Of 2025? |
| A | Yes ma'am |
| Q | Okay, so you've had it, uh this year, um did you purchase from a private seller or dealership? |
| A | A private seller. |
| Q | Private seller, all right, any maintenance done on it since you've owned it? Have you taken it anywhere to any shops or anything? |
| A | No, no shops or nothing, no. I have changed the oil in it, you know general maintenance like you would a car. |
| Q | Okay |
| A | And I did, I did check on water and I uh keep everything pretty well caught up that way. |
| Q | Okay |
| A | As far as checking everything I have checked that if you're low on oil, I put oil in it. |
| Q | Gotcha |
| A | [IA] |
| Q | Now as far as, uh maintenance records, did the previous owner did they give you any type of maintenance records for it? |
| A | Um no not not really |
| Q | Okay |
| A | No, they was telling me that they had, they had went to I think Florida or something come back and they put it in shop for maintenance, general maintenance you know check the oil, gas, all that stuff. |
| Q | All right |
| A | General just general maintenance |
| Q | Gotcha, and where is the unit stored when you're not using it? |
| A | Well, we're, uh it's right now [IA] it's usually stored at 7171 Loungehill Rd. but right now it's [IA] over on 102 [IA] Dr. which in front of my boss' house because he's trying sell his house and we were over there staying kind of watching the house making sure nobody don't |



EXHIBIT B

PDIC000002

| | |
|---|---|
| | go in there throwing it you know, [IA] you know what I mean |
| Q | Gotcha, yep, all right so- |
| A | [IA] he got a plug. Okay, go ahead I'm sorry. |
| Q | So yep, that was what I was going to ask, so at the time um of the loss uh were you plugged into any type of uh outlets or components was it plugged in? |
| A | Yes, yes ma'am we were plugged into a- |
| Q | Okay, what type of- |
| A | It's 30-amp plug, which was put in for that, cause his father-in-law used to have one I think or something, something like that it was already there |
| Q | Okay, so you plugged in kind of what and uh walk me through what led up to filling the claim, so what happened? |
| A | Well, [IA] what had happened was [laughing], I shouldn't say that we're being recorded, I'm just trying be, okay um on the uh the day in question which was uh July 15th um we were we were already laying down cause I had come from work and was tired and laying down. And uh the lightening storm started raining and hailing real bad and I guess the thunderstorms came and it and I heard something pop and when it did it it went in in through the shore line you know where we had it plugged in. Shore line to whatever, came through the lines okay, and it went up into the motorhome it popped and it popped all the power off and everything and uh it even on the inside it it it kind of popped the uh there's two red cables on the inside that's to the power box inside the breaker box. |
| Q | Um hm. |
| A | [IA] both ends of them are black. So I never really noticed that before because I had had it opened when I was you know, doing some things before on it. So I knew where the power box was. But at any rate, I never noticed that before, but that doesn't say it wasn't there. But anyway, it popped and everything went off. We were and then I said well I'll just start the generator because that's how you do it if you don't have sure power, what they call it, plug into something and then you can use generator and when I went to turn generator on its not working. |
| Q | Got it. |
| A | So, it went all the way through the system and now that it it what it did it I it what it did it I but it its overheat, he replaced the breaker but I noticed in my box on the under the coach there where the sure power comes into it when you plug it in it comes into a big black box which is called a panel switch box, power switch box. I noticed one of the switches was arching. In other words when I was trying to get power it was arching. So immediately cut that off and went and purchased a another box, not that one cause they don't make that box anymore, but they do sell the switches which are $140.00. The switch, you can switch that out but at any rate we bought another box which switches it from sure power to generator. So we hooked that all up and everything and its working. Its its, everything is not working good at all now because I am still having problems because some how or another its draining my batteries. I've had to put a battery charger on it, a trickle charger. |
| Q | Um hm |
| A | Just to keep the power going. And its only, so it doesn't, its not performing like it was. And generator doesn't come on at all. And I'm not and electrician to get down there and chase up wires. I don't fool with that. |
| Q | Got it. |
| A | Okay. So I know its not working and I it if the generator was working it would have charged those batteries like its supposed to. It goes through a whole system. But with that one arching back there and we took it off and replaced it with that box which is $238.00, the box itself to switch it um. So that's where I'm at. |

| | |
|---|---|
| Q | Okay. |
| A | We can get the power in on it but its its not the generator is still not working. Its not working the way it should. Because I'm having to put a trickle charger on the batteries which I shouldn't even have to be doing that. Something is draining my batteries. |
| Q | Gotcha. |
| A | And I had to buy a new refrigerator because the refrigerator in it, it messed it up, it wouldn't even come on no more. |
| Q | Alright. |
| A | And that's why I bound the wires down there because I was flipping the switches just to make sure nothing was breaker [IA] It ran through that and messed that up. And did run propane and electricity. So either way we bought a new refrigerator. |
| Q | Okay. Alright. |
| A | Which was $438.00 at Lowes. |
| Q | Okay. Alright. Um |
| A | I'm just letting you know what that that's all [SS] |
| Q | Okay. So it's noted and we can once we inspect we can look at that for reimbursement and so forth. |
| A | Okay. Well I hope I didn't, um we had to have power so I hope I ain't messed nothing up by putting that new switch box in there. I'd like to have the old switch box but they don't sell them like that no more, come in whole. Because they had like 9 different switches in it and its got a, as of now I can't use the front part as far as air conditioner at all. [IA] use back air conditioner because the front ain't working. |
| Q | Okay. |
| A | It it works, if we had the right. If I was ran back through the original power box but since we're running through this new power box, it only got 2 legs and I think the other one had 4 legs. If you know what I'm talking about. |
| Q | Yes sir. |
| A | The legs are your, okay. Nevermind. That's electrical stuff. I can't explain it [laughing]. |
| Q | So, outside of the refrigerator and um, what else have you replaced to try to kind of like get it back to working. What kind of temporary repairs have you made? |
| A | The, the uh, the uh power supply switch. I've replaced it with a different one and its not the same one that was in it. I would like to have it but the switches you can get the switch. One switch. But its got like 9 switches in it in the box. And you can replace the one switch which is arching real bad after that hit it. Um but that's $140.00 bucks and I don't have $140.00 for that – you know what I mean. I'd rather spend it on the others and get the most power in there. Some power anyway. |
| Q | Alright. And then just to confirm kind of the time line about what time did this uh |
| A | Um |
| Q | Lightening storm pass through? |
| A | I'm going to say, I'm going to say mam it had to be, it had to be uh not after, not after 6:30 I guess or 7:00, but it was before before 4:00. I mean [SS] before 4:00 to there. I didn't keep track of the time. |
| Q | Okay. So. |
| A | Sorry. |
| Q | So we know it took. Yeah that's fine, it took |
| A | And it was dark. |
| Q | Gotcha so it was early morning. It would be early morning when it took place? |
| A | No. It was at night. It was in the afternoon. |
| Q | Okay. |

| | |
|---|---|
| A | Yes. Well I say afternoon, but it was already dark because of the storm. |
| Q | Okay. Alright. So you said before 8:00 p.m., 9:00 p.m. |
| A | Yeah, before 8:00 p.m. and |
| Q | Okay. |
| A | And after 4:00. Somewhere around there. |
| Q | Yeah, we'll put before 8:00 p.m. |
| A | Yeah. I mean I don't want to be held accountable for that because I don't know. |
| Q | Yeah. We will put approximately. If you don't exactly know. |
| A | I'm sure y'all can find out if the storm come through or whatever. |
| Q | Yeah. |
| A | I guess there's a way to do that. |
| Q | Yeah. It is. |
| A | You probably got the same storm as I did. You probably got the same storm we did. |
| Q | But a bunch of storms rolling through |
| A | So what components were uh affected. So did it affect the entire unit. Everything went off? |
| Q | It affected everything. |
| A | Okay. |
| Q | Wall sockets everything. But I've got with that other little panel in there, the other switch I mean I'm saying I got the switches are working enough now to where I'm getting a current through there. But its not like it was. |
| A | Gotcha. Now did you main electrical. Go head, go ahead. Finish your statement. |
| Q | I don't even know what I was going to say. |
| A | Okay. I'm just going down my list of questions here just for documentation. |
| Q | Okay. |
| A | Um. Does the main electrical box, did it have any burnt smells or odor that you know of? I know you mentioned black |
| Q | It don't now, but it had, it had smelled like something, well I knew it was arching. |
| A | Okay. |
| Q | After went threw, when I went out to check to see what was going on why there isn't power. It had been arching but I plugged it back when you know when the next day we fixed it and plugged it back in and that thing was arching so I know it affected the box. So yeah. |
| A | Okay. |
| Q | Can you tell where the lightening struck? Is there a visible lightening strike? |
| A | I, I, no. |
| Q | Okay. |
| A | I don't think there is. Not on my not on them cords on the outside but he did have to replace the breaker inside. |
| Q | Okay. |
| A | He told me that. He had to replace the whole thing. |
| Q | Any other [SS] that you know of. |
| A | No mam. No we was the only ones there. |
| Q | Alright. Any electrical wiring damaged. |
| A | Um. There again mam I I haven't I didn't I cut off the ends of the other wire just to start over again. You know to the sure power after we got a new breaker. I did cut those off and start over again and because I didn't know if had even got damage. But they didn't look damaged, no. |
| Q | Gotcha. |
| A | I'm not going to say they wasn't now. I'm not like I said I don't go back tracing wires and |

| | |
|---|---|
| | all that I can't do that. |
| Q | [IA] |
| A | So I don't know what. |
| Q | Okay. |
| A | Okay then no. [laughing] |
| Q | Was there any |
| A | I don't know |
| Q | Any damage to the engine electrical components or the still start stop um start up and everything. |
| A | Not, not basically to the motor itself but its not starting because I can't get the power up to start it. But the generator did get affected because it won't even start now. I can't even get it to start. |
| Q | Okay. |
| A | So some wire somewhere up through there done got damaged or something. So yeah there is damage wiring I guess. Because that generator is not starting up and it should be starting up. |
| Q | Okay. |
| A | But it was starting up before then. |
| Q | Okay. As far as like um uh shop or a local RV repair, have you spoken to anybody about trying to get it diagnosed or get a diagnostic or anything? |
| A | No I haven't. Um |
| Q | Okay. |
| A | Not at this point I haven't because I am not being really get it started because of the wiring and stuff just whatever has happened has happened and I'm being able to start it. |
| Q | Okay. |
| A | Mainly because I'm not getting enough juice to my batteries to start it because um I I um going I'm just going say that it it it what charges your batteries when your going down the road you have two different batteries. You have a house batteries and you have an engine batteries. The engine batteries charge the house batteries as you're going down the road so if you stop on a road and you can't plug up no where and you can use your generator and its got a a converter in it and an inverter. Inverter charges your batteries like when you got the alternator the uh generator going that'll keep your batteries charged. You can use everything as if you were plugged into power. While you're going down the road you have a converter and I'm not sure which without these generator running you can't run the converter to charge nothing and you can't run I can't get them to charge up now without the you with the sure power because the sure power going to run on batteries you have to have the motor running and its not being able to charge so I it may have burned the converter or or the inverter itself. I'm not sure which one of them I'm not all familiar with all that okay. |
| Q | Okay. |
| A | I kind of explained it to you the best way I can. [laughing] |
| Q | Well, it makes sense. Um what I can do is have an adjuster to come out and take a look at it for you. We'll look at it under comprehensive since um you stating that you know it was a lightening strike. |
| A | It was. |
| Q | Get someone out there. It will take about. It may take about 3 to 4 business days for an adjuster to give a call back and set something up. |
| A | Okay. Can you ask them to keep calling me over and over because sometime I get them spam calls and I don't even answer them. Okay. |
| Q | And it looks like so that this was parked at the time. Wasn't being driven. It looks like you did let somebody else was inside the motorhome with you. |



PDIC000006

| | |
|---|---|
| A | He was. My girlfriend was. |
| Q | Okay. Alright and nobody was injured at all? |
| A | Nobody was injured no. We still got the memory loss so she's alright [laughing] |
| Q | We'll note what we have here. I'll go ahead and get it set up. Um is it still |
| A | If I think of something else or later |
| Q | Give me a call back or we'll |
| A | I got it |
| Q | We'll update the adjuster now. Is it still at the Greenville, South Carolina location, the 101 |
| A | Yeah its still at the 102 Estinol Drive (sp?) because we haven't moved it. |
| Q | Gotcha |
| A | We got up to date tags and all that so |
| Q | Okay so I'll get it set up for inspection. Like I said give it 3 to 4 business days for the adjuster to reach out to get that inspection set up for you okay. |
| A | Now I haven't been able to crank the engine because like I say the battery is not allowed me to do that and I'm not that mechanically inclined. You know I can work on a car but this is a whole different ball game here okay. |
| Q | Yes. |
| A | It's a whole different ball game. You might could sell flowers and real good at it but to know how to grow em is a different thing. You see what I'm saying. That's what I'm trying to okay. |
| Q | I do yep. So I'll go ahead and get it set up. We'll get it dispatched out and just gonna lookout for that phone call. I'll let them know if they don't get you to call you to leave you a voicemail. Whatever they need to do to make contact with you. |
| A | Alright |
| Q | Whatever they need to do to make contact with you. |
| A | Alright. Now would if we had, if we had to tow it to a shop I mean y'all would was that our responsibility to find a shop or will y'all find one for us? |
| Q | You would have to find a shop because with specialty products we don't have network shops. We leave that to the customer. And we work with whatever shop that you guys chose. |
| A | Shops are just so they are so uh booked up now you know what I mean. I was calling around the other day just to see and they are booked up. A lot of them are. |
| Q | Yeah |
| A | I don't know what would happen because you know I don't to keep running this thing if its going to ruin it more you know what I mean. |
| Q | Yeah. The local adjuster that's going to be assigned they may know of some shops in your area you can ask when they call you. |
| A | We would have to have going to have to have somebody that knows about the the some part of it and not all shops know everything about the generators cause you have to get a different shop for that. |
| Q | Yea. So um yeah |
| A | There's one at Spartanburg, but you'd have to call them and make arrangements for that I guess. |
| Q | Yes. So when its comes down to the shop, yeah that would be up to you. We work with whatever shop you choose. Like I said the local adjuster may know a shop in your area [IA] to point you in the direction you can ask once they give you a call if you don't know of a shop. |
| A | Okay. Alright. |
| Q | Alright? |
| A | Well thank you [SS] |

| | |
|---|---|
| Q | Dispatched out for you. Absolutely. |
| A | Thank you so very much. Yes mam. Bye bye. Thank God. Thank you Lord |
| | |
| | |
| | |
| | |