Re: Electrical Inspection Findings for Recreational Vehicle

To whom it may concern:

This letter is to confirm the findings of the electrical inspection I conducted on the recreational vehicle located at 102 Estanolle Drive, Greenville, South Carolina. The purpose of this inspection was to determine the origin of the recent electrical surge and subsequent damage.

Based on my professional assessment, the surge was caused by a lightning strike that occurred in the vicinity. The powerful electrical event traveled through the external power connection and damaged the internal electrical system of the camper.

The damage is consistent with an external surge and includes a melted interior switch and a tripped and damaged breaker switch in the electrical panel.

I have completed the following repairs to restore functionality:

Replaced the damaged internal breaker switch.

Replaced the melted interior switch.

Inspected the rest of the internal electrical system for any additional damage.

Please note that the camper's electrical system itself was not the source of the malfunction but was a victim of an external power event.

If you have any questions Preferred Home services

Completed Date: 8/20/2025

Technician: Craig Childs

EXHIBIT C

(864)210-2943