IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

RECEIVED
USDC, CLERK GREENVILLE
2026 OCT 19 PM 3:56

DON MICHAEL THACKER BURDETTE, pro se,
Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY,
Defendant.
CIVIL ACTION NO.: 6:26-cv-00806-JDA-MGB

PLAINTIFF'S EMERGENCY MOTION TO NOTICE MATERIAL ALTERATION OF DOCKET NOS. 95, 98 & 99 AND MOTION TO STRIKE ALTERED UNACCORDED EXPERT REPORT
TO: THE HONORABLE COURT AND DEFENSE COUNSEL J. R. MURPHY, ESQ.:

COMES NOW Plaintiff Don Michael Thacker Burdette, proceeding pro se, and respectfully moves this Honorable Court for an Order striking or disallowing Defendant's materially altered expert report produced by Defense Counsel J. R. Murphy, Esq., on the following legal and factual grounds:

APOLOGY TO THE COURT AND PRELIMINARY STATEMENT

PLAINTIFF'S PRELIMINARY STATEMENT & APOLOGY TO THE COURT

Plaintiff Don Michael Thacker Burdette respectfully offers his sincere apologies to the Honorable Magistrate Judge Baker and to this Court for the necessity of submitting these additional filings and adding to the backlog of paperwork on the docket. Plaintiff assures the Court that he does not submit these motions lightly or to unnecessarily burden the docket. However, Plaintiff is left with no choice but to respond and protect the integrity of the record because Defense Counsel J. R. Murphy and Progressive Direct Insurance Company continue to alter, backdate, and quietly slip in additional paperwork and retroactively stamped documents after filings were supposed to be closed and finalized. Plaintiff respectfully asks the Court for understanding, as these filings are strictly required to defend against Defense Counsel's improper post-hoc evidentiary maneuvering.

STATEMENT OF PROCEDURAL FACTS & TIMELINE

ECF No. 95 (August 26, 2026): Defendant Progressive Direct Insurance Company filed its initial Expert Disclosures attaching a desk-review report authored by Thomas J. Kelly. The document filed under ECF No. 95 contained no South Carolina Professional Engineer (PE) license seal, authorization stamp, or sworn affidavit.

ECF Nos. 98 & 99 (September 18, 2026): Defense Counsel filed supplemental attachments and exhibits. However, the submitted Kelly report remained unsworn, unverified, and completely lacked a PE engineering seal or affidavit under oath.

ECF No. 100 (Plaintiff's Objection): On or about September 2026, Plaintiff formally filed Plaintiff's Objection (ECF No. 100) specifically exposing and objecting to ECF Nos. 98 & 99 on the explicit grounds that the Kelly report lacked a sworn affidavit, verification under oath, or proper evidentiary foundation.

Post-Objection Material Alteration: Subsequent to Plaintiff's ECF No. 100 filing highlighting the missing foundation, Defense Counsel delivered to Plaintiff via U.S. Mail a materially altered version of the Kelly report. This newly served copy features a Professional Engineer (PE) license seal and authorization stamp retroactively affixed to the front cover page—a stamp that was indisputably absent in the official court record filed under ECF Nos. 95, 98, and 99.

Connection to Defense Counsel's Unauthorized Walkthrough Demand: This post-hoc alteration directly explains Defense Counsel J. R. Murphy's recent attempt to compel Plaintiff into consenting to an unauthorized, late-stage walkthrough of Plaintiff's RV between October 19 and October 22, 2026

Recognizing that ECF Nos. 95, 98, and 99 lacked sworn foundation, proper engineering certification, or firsthand inspection grounds, Defense Counsel attempted to scramble and manufacture a belated physical inspection right before mediation to validate their defective, retroactively stamped report.

Plaintiff properly refused this unauthorized inspection and notified the Court.

MEMORANDUM OF LAW & ARGUMENT

A. Illegal Post-Hoc Stamping under SC Engineering Practice Act (S.C. Code § 40-22-270)

Under South Carolina law governing Professional Engineers, a licensed PE must sign, date, and seal engineering documents at the time they are finalized and officially issued.

Retroactively stamping a document after it has been served and entered into a federal court docket to cure a procedural defect violates governing licensure statutes and standard engineering practice.

B. Reactionary Alteration & Failure of Foundation (Rule 26 & Rule 56, FRCP)

Affixing a PE stamp to a cover page post-hoc in reaction to Plaintiff's ECF No. 100 objection does not cure the fundamental defect identified by Plaintiff: the report remains an unsworn, unverified desk review lacking a sworn affidavit under oath.

Attempting to backdate or silently "upgrade" court filings outside the public docket prejudices Plaintiff and undermines the integrity of the record.

C. Pattern of Post-Filing Evidentiary Manipulation & Unauthorized Inspection Requests

Defense Counsel's attempt to force an unauthorized physical walkthrough between October 19 and October 22, combined with the retroactive affixing of a Professional Engineer stamp to a previously filed document, demonstrates a pattern of improper post-filing evidentiary manipulation designed to cure admitted discovery defects after filings were supposed to be concluded.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Don Michael Thacker Burdette respectfully requests that this Court:

STRIKE and DISALLOW the retroactively stamped and altered version of Thomas J. Kelly's report;

HOLD Defendant strictly to the unsealed, unsworn record originally filed under ECF Nos. 95, 98, and 99; and

Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 16th day of October, 2026.

Don Michael Thacker Burdette, pro se
717 Lowndes Hill Road
Greenville, SC 29607
Phone: (864) 712-2439
Email: elvisdmtentertainment@gmail.com

Oct 19th 26

Don Burdette Pro se

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I served a true and correct copy of the foregoing Plaintiff's Emergency Motion upon Defense Counsel via electronic mail and/or U.S. Mail addressed as follows:

J. R. Murphy, Esq.
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC 29260
Email: jrmurphy@murphygrantland.com

\

Don Michael Thacker Burdette, pro se

Oct 19th 2026

Don Burdette