IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DON MICHAEL THACKER BURDETTE, pro se, Plaintiff,
v.
PROGRESSIVE DIRECT INSURANCE COMPANY, Defendant.

RECEIVED
USDC CLERK GREENVILLE. SC
2026 NOV -2 PM 1:07

CIVIL ACTION NO.: 6:26-cv-00806-JDA-MGB

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1) DUE TO EXCEPTIONALLY PREJUDICIAL PROCEDURAL DISPARITY
TO THE HONORABLE CHIEF UNITED STATES DISTRICT JUDGE JACQUELYN D. AUSTIN:
COMES NOW the Plaintiff, Don Michael Thacker Burdette, appearing pro se, and respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915(e)(1) for an Order appointing legal counsel to represent Plaintiff in this action. In support whereof, Plaintiff shows the Court as follows:

I. EXCEPTIONAL CIRCUMSTANCES & PREJUDICIAL DISPARITY
Corporate Representation vs. Pro Se Status: Defendant Progressive Direct Insurance Company is represented by experienced legal counsel (Murphy & Grantland, P.A.) who have engaged in persistent procedural overreaches, out-of-time evidentiary dumps, and unauthorized physical property intrusions.

Magistrate Orders ECF Nos. 117 & 118: The Magistrate Judges have repeatedly accommodated Defendant's procedural defaults—permitting post-cutoff motions and unsworn desk reviews—while holding Plaintiff's verified pro se filings to strict, technical standards and striking Plaintiff's foundational motions.

Complex Scientific & Evidentiary Issues: This case involves complex engineering concepts surrounding external utility grid power surges versus internal vehicle electrical systems, alongside intricate federal procedure under FRCP Rules 16, 26, 37, and 56 and Orsi v. Kirkwood.

Fundamental Fairness & Equity: Plaintiff has made diligent, good-faith efforts to secure private counsel but has been unable to do so due to financial hardship and limited resources. Without appointed counsel to level the playing field, Plaintiff's constitutional right to due process is severely compromised by the unfair procedural latitude granted to opposing counsel.

II. PRAYER FOR RELIEF
WHEREFORE, Plaintiff, Don Michael Thacker Burdette, respectfully requests that Chief District Judge Jacquelyn D. Austin grant this motion and issue an Order appointing pro bono or court-designated legal counsel pursuant to 28 U.S.C. § 1915(e)(1) to represent Plaintiff in all further proceedings in this action.

Respectfully submitted this 2nd day of November, 2026,

Don Michael Thacker Burdette, pro se
717 Lowndes Hill Road
Greenville, SC 29607
Phone: (864) 712-2439
Email: elvisdmtentertainment@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, a true and correct copy of the foregoing Motion for Appointment of Counsel was served upon opposing counsel via electronic mail and/or U.S. Mail addressed to:

J. R. Murphy, Esq.
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC 29260
Email: jrmurphy@murphygrantland.com